Case 4:24-cv-04959   Document 8   Filed on 01/30/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
January 31, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| ERIK GARCIA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:24-CV-04959 |
| | § | |
| HARWIN TRADE CENTER, LTD., | § | |
| | § | |
| Defendant. | § | |

## CONDITIONAL ORDER OF DISMISSAL

The Court has been informed by notice that all claims pending in this lawsuit have been settled. The case is therefore **DISMISSED WITHOUT PREJUDICE** to reinstatement of the claims if any party represents to the Court, within thirty (30) days of this Order, that the settlement could not be completely documented. The claims will be **DISMISSED WITH PREJUDICE** thirty (30) days after the entry of this Order unless any party moves for reinstatement or an extension of the conditional dismissal period before that date. The Clerk is directed to administratively **CLOSE** the case.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 30th day of January, 2025.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE