United States District Court
Southern District of Texas
**ENTERED**
February 11, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ERIK GARCIA, | § | |
| Plaintiff, | § § § | |
| VS. | § | CIVIL ACTION NO. 4:24-CV-04959 |
| HARWIN TRADE CENTER, LTD., | § § § | |
| Defendant. | § § | |

## ORDER

Plaintiff Erik Garcia has filed a Notice of Voluntary Dismissal. ECF No. 9. In accordance with that Notice and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff's claims against Defendant Harwin Trade Center, Ltd. are hereby **DISMISSED WITH PREJUDICE**. Accordingly, the Clerk is directed to administratively **CLOSE** this case.

**IT IS SO ORDERED.**

Signed at Houston, Texas on February 7, 2025.

Keith P. Ellison
United States District Judge